## Shiery, Appellant, *v.* Shiery.

Submitted May 22, 1950. Before DREW, C. J., STERN, STEARNE, JONES and BELL, JJ.

180

184

*James A. Reilly, David E. Cohen* and *Reilly & Cohen*, for appellant, submitted a brief.

*Thomas A. Waggoner, Jr.,* and *J. C. Glassburn*, for appellee, submitted a brief.

OPINION PER CURIAM, June 26, 1950:

The decree of the court below is affirmed on the opinion of Judge MORROW. Costs to be paid by appellant.